DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EKATERINA KROPOTOVA,**
Appellant,

v.

**PAMELA ANN GOLOMB,** as Personal Representative of
the **ESTATE OF ROBERT J. GOLOMB,**
Appellee.

No. 4D22-659

[May 25, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ryan Kerner and Rosemarie Scher, Judges; L.T. Case No. 50-2019-CP-002725-XXXX-SB.

Howard J. Levine and Chaim Zev Fellig of Levine & Fellig, P.A., Miami Beach, for appellant.

Romney C. Rogers of Rogers, Morris & Ziegler LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***